IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JONES,<br>                    **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **VEOLIA NORTH AMERICA, LLC,** | **NO.  20-06212** |
| **And** | |
| **VICINITY ENERGY PHILADELPHIA,<br>INC.,**<br>                    **Defendants.** | |

## ORDER

**AND NOW**, this 14th day of September, 2021, upon consideration of Defendant Vicinity

Energy Philadelphia's Motion to Dismiss for Failure to State a Claim (ECF 25), Plaintiff's

Response thereto (ECF 27), and Defendant's Reply (ECF 28), **IT IS HEREBY ORDERED** that

the Motion is **DENIED.**

                              **BY THE COURT:**

                              /s/Wendy Beetlestone, J.

                              _____

                              **WENDY BEETLESTONE, J.**